**INDICTMENT SYNOPSIS**

November 18, 2021

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 NOV 18 P 4: 39

DEPUTY CLERK

2:21-cr-189-NT

| | |
|---|---|
| **Name:** | Benjamin Conroy |
| **Address:** (City & State Only) | Portland, ME |
| **Year of Birth and Age:** | 1989 (32 years old) |
| **Violations:** | Count 1:   Sexual exploitation of a minor. 18 U.S.C. § 2251(a).<br><br>Count 2:   Transportation of child pornography. 18 U.S.C. § 2252A(a)(1). |
| **Penalties:** | Count 1:   Class B felony. Not less than 15 years and not more than 30 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2251(e).<br><br>Count 2:   Class C felony. Not less than 5 years and not more than 20 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2252A(b)(1). |
| **Supervised Release:** | Counts 1 & 2:   At least 5 years, maximum of life. 18 U.S.C. § 3583(k). |

| | | |
|---|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 3 years.<br>18 U.S.C. § 3583(e)(3).<br><br>But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years.<br>18 U.S.C. § 3583(k). |
| | Count 2: | Not more than 2 years.<br>18 U.S.C. § 3583(e)(3).<br><br>But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years.<br>18 U.S.C. § 3583(k). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1 & 2: | Life.<br>18 U.S.C. § 3583(k). |
| **Defendant's Attorney:** | David Beneman, Esq. | |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations<br>Special Agent David Pawson | |
| **Detention Status:** | Ordered detained in related MJ case; currently in State Custody | |
| **Foreign National:** | No | |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Sheila W. Sawyer |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A).<br><br>Not more than $35,000.<br>18 U.S.C. § 2259A(a)(2).<br><br>Not more than $50,000.<br>18 U.S.C. § 2259A(a)(3).<br><br>$5000, if Defendant is found to be non-indigent.<br>18 U.S.C. § 3014(a). |